# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3470WM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Mike Martinez-Hernandez, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 18, 1999
Filed: March 8, 1999

_____

Before RICHARD S. ARNOLD, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Mike Martinez-Hernandez appeals his conviction for illegal reentry of the United States. Counsel filed a brief for Martinez-Hernandez under Anders v. California, 386 U.S. 738 (1967). Martinez-Hernandez was given an opportunity to file a supplemental brief, but he did not do so. Having carefully reviewed the record and the Anders brief, we reject counsel's contention that the evidence was insufficient to support the jury's verdict. Otherwise, we find no nonfrivolous issues. See Penson v. Ohio, 488 U.S. 75, 80-82 (1988). We thus affirm Martinez-Hernandez's conviction.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.